January 26, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

YUVAL RAN, Appellant

NO. 14-11-01018-CV                    V.

ZIMMERMAN, AXELRAD, MEYER, STERN & WISE, P.C., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on November 11, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by YUVAL RAN.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.